UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22066-OTAZO-REYES

**CONSENT CASE**

NATIONAL SPECIALTY INSURANCE
CO., a foreign corporation, as subrogee of
CHRISTIAN STENHARG d/b/a
SOUTH BEACH CHARTERS,

 Plaintiff,

v.

MARQUIS YACHTS, LLC., a foreign
Corporation.

 Defendant.
_____/

**ORDER REGARDING SUBJECT MATTER JURISDICTION ON LIMITED REMAND**

 This cause came before the Court upon limited remand from the United States Court of Appeals for the Eleventh Circuit [D.E. 92] (the "Limited Remand Order"). The Eleventh Circuit Court of Appeals remanded the case for the limited purpose of determining whether this Court had subject matter jurisdiction in the first instance. The Court has carefully reviewed the Limited Remand Order, the record in this case, including the parties' joint submission on subject matter jurisdiction [D.E. 95], the applicable law, and is otherwise fully advised. Following that review, the Court concludes that it lacked subject matter jurisdiction upon the filing of the Second Amended Complaint [D.E. 20].

 As such, the Court hereby **ORDERS and ADJUDGES** as follows:

 1. The Order Granting Defendant's Motion for Summary Judgment [D.E. 77] is VACATED.

2.	The Final Judgment entered in favor of Defendant on December 6, 2022 is VACATED.

3.	This matter is dismissed, without prejudice, for lack of subject matter jurisdiction.

4.	The Clerk is ordered to supplement the record and return the supplemented record to the Eleventh Circuit Court of Appeals for further appellate proceedings.

DONE and ORDERED in Chambers at Miami-Dade County, Florida this 9th day of June, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:	Counsel of Record